United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANTONIO RODRIGUEZ,

       Plaintiff,

    v.

WARDEN SOLANO STATE PRISON, et al.,

       Defendants.

Case No. 20-09154 EJD (PR)

**ORDER OF TRANSER**

Plaintiff, a state prisoner, filed a pro se civil rights complaint against several prison officials and medical staff at Solano State Prison where he was previously incarcerated. Dkt. No. 1 at 1, 2. Plaintiff claims that Defendants acted with neglect and indifference to his harmful mental state when they gave him 90 pills at one time after he had just come off suicide-watch, which lead to his attempt to commit suicide on December 24, 2008 . Id. at 8. Because defendants likely reside in and the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    **IT IS SO ORDERED.**

**Dated:** _____April 6, 2021_____

_____
EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\CR.20\09154Rodriguez_transfer(ED)